UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARAB AMERICAN CIVIL RIGHTS LEAGUE, et al.,

Plaintiffs,

vs.

THE UNITED STATES SECRETARY OF STATE, MARCO RUBIO, in his official capacity; THE BOEING COMPANY; THE LOCKHEED MARTIN CORPORATION; and CATERPILLAR, INC., jointly and severally,

Defendants.

Case No. 2:26-cv-12793-TGB-KGA

Hon. Terrence G. Berg

---

**STIPULATED ORDER ENLARGING PAGE LIMITS FOR PRIVATE DEFENDANTS' MOTION TO DISMISS AND RELATED PLEADINGS**

Defendants The Boeing Company, Lockheed Martin Corporation, and Caterpillar, Inc. (together, the "Private Defendants") and Plaintiffs enter into this Stipulation to Enlarge the Page Limits for the Private Defendants' Motion to Dismiss and Related Pleadings and, in support, state as follows:

1. Plaintiffs filed a 76-page class action complaint against the United States Secretary of State, Marco Rubio (the "Secretary") and the Private Defendants on August 11, 2026. (Compl., ECF No. 1.)

2. The deadline for the Private Defendants to submit a responsive

pleading is currently December 14, 2026. (Joint Briefing Schedule, ECF No. 20.)

3. Under this Court's Local Rules, each of the three Private Defendants is entitled to file a 25-page motion to dismiss Plaintiffs' Complaint (totaling 75 pages of briefing), as well as a 7-page reply brief (totaling 21 pages of briefing). *See* E.D. Mich. L. Civ. R. 7.1(d)(3). A "person seeking to file a longer brief may apply ex parte in writing setting forth the reasons." *Id.*

4. Rather than file three separate motions, the Private Defendants wish to file a single, consolidated motion to dismiss.

5. The parties have stipulated to an enlargement of this Court's page limits to account for the consolidated motion that will be filed on behalf of the three Private Defendants. These page limits do not exceed the total pages that the parties would be entitled to had each defendant filed a separate motion to dismiss.

6. Specifically, the parties stipulate that:

a. The Private Defendants' consolidated motion to dismiss shall not exceed 70 pages.

b. Plaintiffs' response to the Private Defendants' motion to dismiss shall not exceed 75 pages.

c. The Private Defendants' reply in support of their motion to dismiss shall not exceed 21 pages.

Having reviewed the parties' stipulation, and finding good cause:

IT IS HEREBY ORDERED that:

a. The Private Defendants' consolidated motion to dismiss shall not exceed 70 pages.

b. Plaintiffs' response to the Private Defendants' motion to dismiss shall not exceed 75 pages.

c. The Private Defendants' reply in support of their motion to dismiss shall not exceed 21 pages.

**SO ORDERED.**

DATED: November 25, 2026

s/Terrence G. Berg__________
Hon. Terrence G. Berg
United States District Judge

**SO STIPULATED:**

*/s/ Nabih H. Ayad (w/consent)*
Nabih H. Ayad (P59518)
William D. Savage (P82146)
Keegan J. McCorry (P86757)
Ayad Law, PLLC
645 Griswold St., Suite 2202
Detroit, MI 48226
(313) 983-4600
filing@ayadlawpllc.com

Jerome D. Goldberg (P61678)
Jerome D. Goldberg PLLC
2727 Second Avenue, Suite G06
Detroit, MI 48201
apclawyer@sbcglobal.net
(313) 319-0870

*Attorneys for Plaintiffs*

*/s/ Roger P. Meyers (w/ consent)*
Roger P. Meyers (P73255)
BUSH SEYFERTH PLLC
100 W. Big Beaver Road, Suite 400
Troy, MI 48084
Tel./Fax: (248) 822-7800
meyers@bsplaw.com

*Attorney for Lockheed Martin Corporation*

*/s/ Kyle M. Asher*
Mark Chutkow (P86076)
Jennifer L. Beidel (P86645)
Kyle M. Asher (P80359)
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Ste. 300
Bloomfield Hills, MI 48304
(248) 203-0715
mchutkow@dykema.com
kasher@dykema.com

Gabor Balassa*
Charles J. Kalil*
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
gbalassa@kirkland.com
charles.kalil@kirkland.com

John C. O'Quinn*
Jordan L. Greene*
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
john.oquinn@kirkland.com
jordan.greene@kirkland.com

*Attorneys for Caterpillar Inc.*

*<u>/s/ David H. Fink (w/ consent)</u>*
David H. Fink (P28235)
Nathan J. Fink (P75185)
FINK BRESSACK
38500 Woodward Ave., Suite 350
Bloomfield Hills, MI 48304
dfink@finkbressack.com
(248) 971-2500

Steven P. Lehotsky
Jonathan F. Cohn
Mary Elizabeth Miller
LEHOTSKY COHN LLP
200 Massachusetts Ave NW
Washington, DC 20001
Telephone: (512) 693-8350
Facsimile: (512) 727-4755
steve@lehotskycohn.com
jon@lehotskycohn.com
mary@lehotskycohn.com

*Attorneys for The Boeing Company*